UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:09-00011-1 |
| | ) | CHIEF JUDGE HAYNES |
| | ) | |
| PATRICK J. WASHINGTON | ) | |

*[handwritten annotations in right margin: "Okd sd This motion to GRANTED" with signature and "8-22-13"]*

### AGREED MOTION TO CONTINUE REVOCATION HEARING

Patrick Washington respectfully requests that this Court continue his supervised-release revocation hearing which is presently set for August 23, 2013, by approximately one month.

The main reason that Washington is now facing possible revocation of his supervised release is the allegation that he committed a drunk-driving offense on June 25, 2013. The State has charged him with drunk driving, and his trial on that charge is set for September 24, 2013. Since the resolution of that drunk-driving charge is important to this revocation proceeding, Washington respectfully requests that the Court continue his revocation hearing until after September 24. Undersigned counsel has presented this agreed motion to counsel for the government, Braden Boucek, and he agrees with the motion and concurs in its request.

Respectfully submitted,

_s/ Michael C. Holley_
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Patrick J. Washington