## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:09-cr-11 |
| | ) | Chief Judge Haynes |
| PATRICK J, WASHINGTON | ) | |

## O R D E R

Based on the Defendant's failure to appear for the supervised release revocation hearing held

on September 30, 2013, a bench warrant shall be issued for the Defendant.

It is so **ORDERED**.

**ENTERED** this the ⟨30⟩ day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court